UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ILYA KOGAN and ASHRAF HASAN-HAFEZ,<br><br>　　　　　　　　　　　　　　Defendants. | 16 Cr. 221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　On January 6, 2021, this Court entered Preliminary Orders of Forfeiture as to the Defendants' Substitute Assets. (Dkt. #268, 269). On March 2, 2021, Wells Fargo filed separate Victim Petitions in response to each Preliminary Order of Forfeiture. (Dkt. #289, 290). The Government is directed to provide its position on Wells Fargo's petitions on or before March 17, 2021.

　　SO ORDERED.

Dated:　March 3, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　United States District Judge