UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

ILYA KOGAN and ASHRAF HASAN-HAFEZ,

Defendants.

---

16 Cr. 221 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 22, 2021, the Government submitted briefing in further support of its motions for judgment on the pleadings and in opposition to Petitioner Gelan Abdrabo's motion for summary judgment.  (Dkt. #301).  The following day, the Court received requests from Petitioners Irina Kogan and Gelan Abdrabo for leave to file responses to the Government's reply and opposition briefing (Dkt. #302, 303), which requests the Government opposed in a letter submitted earlier today (Dkt. #304).  Having considered the parties' submissions, the Court will permit each Petitioner to file a letter brief, not to exceed three pages, on or before March 31, 2021.

SO ORDERED.

Dated:  March 24, 2021
         New York, New York

KATHERINE POLK FAILLA
United States District Judge