UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

    -    against    -

ILYA KOGAN,

              Defendant,

       and

IRINA KOGAN,

              Third-Party Claimant.
-------------------------------------------------------x

S2 16 CR. 221 (KPF)

Hon. Katherine Polk Failla (J.)

**FINAL ORDER
OF FORFEITURE**

        WHEREAS, on or about January 6, 2021, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Preliminary Order") forfeiting all right, title and interest of the defendant Ilya Kogan in the following:

> 124 Stanie Brae Dr., Watchung, New Jersey 07069 recorded as Block 1004, Lot 6 in Somerset County, City of Watchung, State of New Jersey (the "Subject Property");

        WHEREAS, on or about January 29, 2021, Irina Kogan filed a Petition asserting an interest in the Subject Property (D.E. 274);

        WHEREAS, on or about March 2, 2021, Wells Fargo Bank NA filed a Petition asserting an interest in the Subject Property as a result of its mortgage filed against the Subject Property (D.E. 289);

WHEREAS, the Government recognizes Wells Fargo Bank NA's interest in the Subject Property is superior to the Government's interest; and

WHEREAS, on or about August 15, 2022, the Court entered an Opinion and Order holding that, as a result of the forfeiture of the defendant's interest in the Subject Property, the Government and Irina Kogan each own an undivided half interest in the Subject Property as tenants in common, with the Government owning a survivorship right in the Subject Property tied to Irina Kogan's life, and with Irina Kogan owning a survivorship right in the Subject Property tied to defendant Ilya Kogan's life.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. An undivided half interest in the Subject Property as tenant in common, with a survivorship right in the Subject Property tied to Irina Kogan's life (the "Half Interest"), is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. An undivided half interest in the Subject Property as tenant in common, with a survivorship right in the Subject Property tied to defendant Ilya Kogan's life, is retained by Irina Kogan.

3. The Government's and Irina Kogan's interests in the Subject Property remain subject to the mortgage held by Wells Fargo Bank NA.

4. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Catherine Ghosh, Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York 10007.

SO ORDERED.

Dated:   November 10, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge